**FILED**
September 25, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LOUIS REIS | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | ) CIVIL NO. SA-24-CV-908-OLG<br>)<br>) |
| DELL INC., GLEN DEVONISH, SURESH RAAM, and HADI HAYEK | )<br>)<br>) |
| Defendants | ) |

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

On this date the Court considered the report and recommendation of United States Magistrate Judge Henry J. Bemporad, filed in the above-styled and numbered cause on September 3, 2024. Docket no. 7. The parties were served with a copy of the recommendation. No timely objections were filed.[1]

On September 24, 2024, Plaintiff attempted to untimely object based on evidence that was not presented to the Magistrate Judge. Docket nos. 13, 14. As the Magistrate Judge correctly determined, Plaintiff sought injunctive relief without notice to the adverse party. The Magistrate Judge's recommendation is ACCEPTED. Because Plaintiff failed to comply with the rules, the motion for preliminary injunction (docket

---

[1] A party desiring to object to a magistrate judge's findings and recommendations must file and serve written objections within 14 days after being served with the recommendations. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2). Service is made to the last known address of the party or his attorney, and service by mail is complete upon mailing. FED. R. CIV. P. 5(b). It is incumbent on all parties to keep the Court apprised of their current mailing address.

no. 2) is DENIED without prejudice.

SIGNED on the 25 day of September, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE